The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>EPHRAIM ROSENBERG, *et al.*,<br><br>                Defendants. | NO. CR20-151RAJ<br><br>**UNITED STATES' MOTION TO UNSEAL COURT DOCKET**<br><br>Noted: September 17, 2020 |

The United States of America, by and through undersigned counsel, respectfully requests that the Court issue an order directing the Clerk of the Court to unseal the docket and pleadings in the above-captioned matter.

## I. DISCUSSION

On September 16, 2020, a Grand Jury sitting in the Western District of Washington returned an Indictment, under seal, charging six defendants with various felony counts relating to a fraud and commercial bribery scheme. The defendants allegedly employed fraud and paid bribes to at least ten different Amazon employees and contractors in order to secure unfair competitive advantages in relation to the Amazon Marketplace.

Defendant Rohit Kadimisetty is scheduled to make his initial appearance in federal court on September 18, 2020, following his arrest in California. Defendant Hadis Nuhanovic

MOTION TO UNSEAL – 1
*United States v. Rosenberg, et al.* (CR20-151RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

is scheduled to self-surrender and make his initial appearance in federal court on September 18, 2020.

## II. CONCLUSION

Accordingly, for the reasons set forth herein, the United States respectfully requests that the Court issue an order directing the Clerk of the Court to unseal the docket in the above-captioned matter on Friday, September 18, 2020, at or about 9 a.m. (PT).

The United States further requests that individual records on file otherwise subject to separately filed sealing orders, if any, remain under seal.

DATED this 17th day of September, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*s/ Steven T. Masada*
STEVEN T. MASADA
SIDDHARTH VELAMOOR
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  (206) 553-4282
Fax:     (206) 553-4440
E-mail:  Steven.Masada@usdoj.gov

MOTION TO UNSEAL – 2
*United States v. Rosenberg, et al.* (CR20-151RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970