The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EPHRAIM ROSENBERG,<br><br>Defendant. | NO. CR20-151 RAJ<br><br>DEFENDANT ROSENBERG'S WAIVER OF RIGHT TO SPEEDY TRIAL |

I, Ephraim Rosenberg, having been advised by my attorneys of my rights to a speedy trial under the federal Constitution and the federal Speedy Trial Act (18 U.S.C. § 3161 *et seq.*), hereby waive those provisions and agree that the period of time through 2/28/22, shall be an excludable period of time pursuant to 18 U.S.C. § 3161(h)(7)(A).

DATED this 17 day of November 2020.

Respectfully submitted,

*/s/ Ephraim Rosenberg*
EPHRAIM ROSENBERG
Defendant

DEFENDANT ROSENBERG'S WAIVER OF RIGHT
TO SPEEDY TRIAL – 1

skellengerbender

Seattle, Washington 98101-2605
(206) 623-6501

Document in ProLaw.docx

1 | Presented by:

2 | */s/ Peter Offenbecher/*

3 | Peter Offenbecher
Jacob Laufer
4 | Attorneys for Ephraim Rosenberg

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DEFENDANT ROSENBERG'S WAIVER OF RIGHT
TO SPEEDY TRIAL – 2

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

3221838

**CERTIFICATE OF SERVICE**

I, Jule Freeman, certify that on November 24, 2020, I electronically filed Defendant Rosenberg's Waiver of Right to Speedy Trial with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED this 24th day of November, 2020.

Jule Freeman
SKELLENGER BENDER, P.S.
Case Analyst

DEFENDANT ROSENBERG'S WAIVER OF RIGHT
TO SPEEDY TRIAL – 3

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

3221838