The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EPHRAIM ROSENBERG,<br><br>    Defendant. | NO. CR20-151 RAJ<br><br>DEFENDANT ROSENBERG'S WAIVER OF RIGHT TO SPEEDY TRIAL |

I, Ephraim Rosenberg, having been advised by my attorneys of my rights to a speedy trial under the federal Constitution and the federal Speedy Trial Act (18 U.S.C. § 3161 *et seq.*), hereby waive those provisions and agree that the period of time through October 31, 2022, shall be an excludable period of time pursuant to 18 U.S.C. § 3161(h)(7)(A).

DATED this 22 day of October, 2021.

Respectfully submitted,

/s/ Ephraim Rosenberg
EPHRAIM ROSENBERG
Defendant

DEFENDANT ROSENBERG'S WAIVER OF RIGHT
TO SPEEDY TRIAL – 1

skellengerbender
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

3448365

1  Presented by:

2  /s/ Peter Offenbecher

3  Peter Offenbecher
   Jacob Laufer
4  Attorneys for Ephraim Rosenberg

DEFENDANT ROSENBERG'S WAIVER OF RIGHT
TO SPEEDY TRIAL – 2

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

3448365

**CERTIFICATE OF SERVICE**

I, Kyle Follendorf, certify that on October 22, 2021, I electronically filed Defendant Rosenberg's Waiver of Right to Speedy Trial with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED this 22nd day of October, 2021.

_____
Kyle Follendorf
SKELLENGER BENDER, P.S.
Paralegal

DEFENDANT ROSENBERG'S WAIVER OF RIGHT TO SPEEDY TRIAL – 3

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

3448365