The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR20-151 RAJ |
| Plaintiff, | |
| v. | DEFENDANT ROSENBERG'S WAIVER OF RIGHT TO SPEEDY TRIAL |
| EPHRAIM ROSENBERG, | |
| Defendant. | |

I, Ephraim Rosenberg, having been advised by my attorneys of my rights to a speedy trial under the federal Constitution and the federal Speedy Trial Act (18 U.S.C. § 3161 *et seq.*), hereby waive those provisions and agree that the period of time through February 28, 2023, shall be an excludable period of time pursuant to 18 U.S.C. § 3161(h)(7)(A).

DATED this 14th day of July 2022.

Respectfully submitted,

_____
EPHRAIM ROSENBERG
Defendant

DEFENDANT ROSENBERG'S WAIVER OF RIGHT
TO SPEEDY TRIAL – 1

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

3623144.docx

1  Presented by:

2  _____
3  Peter Offenbecher
   Jacob Laufer
4  Attorneys for Ephraim Rosenberg

DEFENDANT ROSENBERG'S WAIVER OF RIGHT
TO SPEEDY TRIAL – 2

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

3623144.docx

**CERTIFICATE OF SERVICE**

I, Jule Freeman, certify that on July 14, 2022, I electronically filed Defendant Rosenberg's Waiver of Right to Speedy Trial with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED this 14th day of July 2022.

Jule Freeman
SKELLENGER BENDER, P.S.
Case Manager

DEFENDANT ROSENBERG'S WAIVER OF RIGHT TO SPEEDY TRIAL – 3

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

3623144.docx