Judge Robert A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EPHRAIM ROSENBERG, ET AL.,<br><br>Defendant. | NO. CR20-151RAJ<br><br>GOVERNMENT'S NOTICE OF<br>WITHDRAWAL OF COUNSEL |

Please take notice that there has been a change of counsel for the United States and Assistant United States Attorney Steven Masada is no longer assigned to this case and hereby submits this notice of withdrawal. The withdrawing AUSA(s) request to be terminated and to be removed from receiving CM/ECF notices.

Notice of Withdrawal - 1
*United States v Ephraim Rosenberg, et al.*, CR20-151RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | AUSA Nicholas Manheim remains as counsel of record for the government, and all
2 | future pleadings and correspondence shall be directed to AUSA Nicholas Manheim.

    DATED this 15th day of September, 2022.

                              Respectfully submitted,

                              NICHOLAS W. BROWN
                              United States Attorney

                              *s/ Steven T. Masada*
                              STEVEN T. MASADA
                              Assistant United States Attorney
                              700 Stewart Street, Ste 5220
                              Seattle, Washington 98101
                              Telephone: (206) 553-7970
                              Fax: (206) 553-0582
                              Email: steven.masada@usdoj.gov

Notice of Withdrawal - 2
*United States v Ephraim Rosenberg, et al.*, CR20-151RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970