The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

               Plaintiff,

    v.

EPHRAIM ROSENBERG,

               Defendant.

NO. CR20-151 RAJ

DEFENDANT ROSENBERG'S WAIVER
OF RIGHT TO SPEEDY TRIAL

I, Ephraim Rosenberg, having been advised by my attorneys of my rights to a speedy

trial under the federal Constitution and the federal Speedy Trial Act (18 U.S.C. § 3161 *et seq.*),

hereby waive those provisions and agree that the period of time through June 15, 2023, shall be

an excludable period of time pursuant to 18 U.S.C. § 3161(h)(7)(A).

    DATED this ___ day of October 2022.

Respectfully submitted,

EPHRAIM ROSENBERG
Defendant

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

Rosenberg - waiver.docx

1    Presented by:

2    _____

3    Peter Offenbecher
     Jacob Laufer

4    Attorneys for Ephraim Rosenberg

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DEFENDANT ROSENBERG'S WAIVER OF RIGHT
TO SPEEDY TRIAL – 2

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

Rosenberg - waiver.docx

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**CERTIFICATE OF SERVICE**

I, Jule Freeman, certify that on October 24, 2022, I electronically filed Defendant Rosenberg's Waiver of Right to Speedy Trial with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED this 24th day of October 2022.

Jule Freeman
SKELLENGER BENDER, P.S.
Case Manager

DEFENDANT ROSENBERG'S WAIVER OF RIGHT
TO SPEEDY TRIAL – 3

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

Rosenberg - waiver.docx