Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EPHRAIM ROSENBERG, ET AL.,<br><br>Defendants. | NO. CR20-151RAJ<br><br>GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL |

Miriam R. Hinman, Assistant United States Attorney for the Western District of Washington, hereby appears as counsel for the United States of America in the above-referenced matter. Undersigned counsel respectfully requests that all pleadings, court documents, and correspondence be sent to AUSA Miriam R. Hinman.

Dated this 26th day of January, 2023.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/ Miriam R. Hinman*
MIRIAM R. HINMAN
Assistant United States Attorney
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-4650
Email: Miriam.Hinman@usdoj.gov

GOVT'S NOTICE OF APPEARANCE - 1
*United States v Rosenberg, et al.*, CR20-151RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970