The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>EPHRAIM ROSENBERG,<br><br>       Defendant. | NO. CR20-151 RAJ<br><br>NOTICE OF ATTORNEY CHANGE OF ADDRESS |

Pursuant to Local Rule 10(f) of the Local Rules of the Western District of Washington, Peter Offenbecher, Local Counsel for Ephraim Rosenberg, hereby provides notice of a change of address to the following:

> Peter Offenbecher
> SKELLENGER BENDER, P.S.
> 520 Pike Street, Suite 1001
> Seattle, WA 98101

Dated this 23rd day of February 2023.

*[signature]*

Peter Offenbecher, WSBA No. 11920
SKELLENGER BENDER, P.S.
Attorneys for Ephraim Rosenberg

NOTICE OF ATTORNEY CHANGE OF
ADDRESS – 1

skellenger bender

520 - Pike Street, Suite 1001
Seattle, Washington 98101-4092
(206) 623-6501

3805538.docx