The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>EPHRAIM ROSENBERG,<br><br>　　　　　　　　Defendant. | NO. CR20-151 RAJ<br><br>STIPULATED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE<br><br>NOTING DATE: MARCH 27, 2023 |

**I.     STIPULATED MOTION**

The Defendant Ephraim Rosenberg, though his counsel Peter Offenbecher and Jacob Laufer, and the government, through Assistant United States Attorney Miriam Hinman, hereby file this stipulated motion for a continuance of the pretrial motions deadline from March 30, 2023 to April 13, 2023. The parties respectfully ask this Court to continue the pretrial motions deadline by two weeks in light of the anticipated change of plea hearing for Mr. Rosenberg which is scheduled for March 30, 2023.

STIPULATED MOTION TO CONTINUE PRETRIAL
MOTIONS DEADLINE – 1

skellenger bender

520 - Pike Street, Suite 1001
Seattle, Washington 98101-4092
(206) 623-6501

3827398.docx

## II. RELEVANT FACTS

Pretrial motions are currently due no later than March 30, 2023. The trial in this matter is scheduled for May 15, 2023. Dkt. No. 155. Mr. Rosenberg is scheduled for a change of plea hearing on March 30, 2023 at 9:30 a.m. The parties jointly request this continuance of the pretrial motions deadline, as they anticipate the entry of a plea of guilty on Thursday, March 30, after which the trial date will be stricken and no pretrial motions will be necessary. The parties are not requesting a continuance of the trial date.

RESPECTFULLY SUBMITTED this 27th day of March 2023.

| | |
|---|---|
| s/ Peter Offenbecher | s/ Miriam Hinman |
| Peter Offenbecher | Miriam Hinman |
| *Skellenger Bender, P.S.* | *Assistant United States Attorneys* |

Jacob Laufer
*Jacob Laufer, P.S.*

*Counsel for Defendant Rosenberg*

## III. ORDER

It is hereby ORDERED that the pretrial motions deadline is continued from March 30, 2023 to April 13, 2023.

Dated this _____ day of March 2023.

RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO CONTINUE PRETRIAL
MOTIONS DEADLINE – 2

skellenger bender

520 - Pike Street, Suite 1001
Seattle, Washington 98101-4092
(206) 623-6501

3827398.docx