**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> vs.<br><br>HADIS NUHANOVIC,<br><br>      Defendant. | NO. 2:20-CR-0151-3<br><br>SATISFACTION OF SPECIAL ASSESSMENT AND FINE AND/OR RESTITUTION |

   The defendant has paid in full the special assessment and any fine and/or restitution in this case. Accordingly, the Clerk of the United States District Court for the Western District of Washington may satisfy the condition in the sentence ordering payment of the special assessment and any fine and/or restitution.

   DATED this 7th day of April, 2023.

                Respectfully submitted,

                NICHOLAS W. BROWN
                United States Attorney

                s/ Kyle A. Forsyth
                KYLE A. FORSYTH, WSBA #34609
                Assistant United States Attorney
                700 Stewart Street, Suite 5220
                Seattle, WA  98101-1271
                Telephone: (206) 553-7970
                Fax: (206) 553-0882
                E-mail: kyle.forsyth@usdoj.gov

SATISFACTION OF SPECIAL ASSESSMENT
AND FINE AND/OR RESTITUTION- 1
(455NW)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970