The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EPHRAIM ROSENBERG, et al.,<br><br>Defendant. | NO. CR20-151-RAJ<br><br>**NOTICE OF WITHDRAWAL** |

PLEASE TAKE NOTICE that Assistant United States Attorney Jehiel I. Baer, who appeared for the limited purpose of litigating the forfeiture aspects of this case, hereby withdraws as attorney of record for the United States.

DATED this 24th day of October, 2023.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

 *s/ Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Phone: (206) 553-2242
Jehiel.Baer@usdoj.gov

Notice of Withdrawal - 1
*United States v. Hadis Nuhanovic,* CR20-151-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends notice of the filing to all ECF participants of record.

 s/ Chantelle Smith
CHANTELLE SMITH
FSA Supervisory Paralegal, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2242
Chantelle.Smith2@usdoj.gov

Notice of Withdrawal - 2
*United States v. Hadis Nuhanovic,* CR20-151-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970